UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN MICHAEL KELLY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LOGAN HALL C.E.C. COMMUNITY EDUCATION CENTER,** *et al.*,<br><br>**Defendants.** | Civ. No. 2:14-01636 (WJM)<br><br>**MEMORANDUM OPINION & ORDER** |

**THIS MATTER** comes before the Court upon Defendants' Motion to Vacate the Clerk's Entry of Default.

**WHEREAS** on July 30, 2015, the Clerk's Office entered default against Defendants; and

**WHEREAS** on October 29, 2015, Magistrate Judge Falk entered an order granting Defendants' motion for an extension of time to respond to the Complaint. For the reasons set forth in Judge Falk's October 29, 2015 Order and for good cause shown;

**IT IS** on this 2nd day of November 2015, hereby,

**ORDERED** that Defendants' Motion to Vacate the Clerk's Entry of Default is **GRANTED**; and

**FURTHER ORDERED** that the Clerk of Court is hereby directed to **VACATE** the July 30, 2015 entry of default against Defendants.

_____/s/ William J. Martini_____
**WILLIAM J. MARTINI, U.S.D.J.**